IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:18-CR-00194-FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **CRIMINAL** |
| v. ) | **INFORMATION** |
| ) | |
| SARAH JANE BRINSON ) | |

The United States Attorney charges:

From in or about December 2011, to on or about August 31, 2014, in the Eastern District of North Carolina and elsewhere, the defendant, SARAH JANE BRINSON, did encourage and induce an alien, namely, Individual Y.O.C., to reside in the United States, knowing and in reckless disregard of the fact that such residence in the United States was in violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv).

## FORFEITURE NOTICE

The defendant is given notice that pursuant to the provisions of Title 18, United States Code, Section 982(a)(6)(A) all of the defendant's interest in all property specified herein is subject to forfeiture.

Upon conviction of the offense set forth in this Criminal Information, the defendant shall forfeit to the United States any conveyance, including any vessel, vehicle, or aircraft, used in the commission of the said offense; any property, real or personal, constituting, or derived from, or traceable to any proceeds the defendant

1

obtained, directly or indirectly, from the commission of the said offense; and any property used, or intended to be used, to facilitate the commission of the said offense.

The forfeitable property includes, but is not limited to, proceeds and/or facilitating property valued at least $5,000.00.

If any of the above-described forfeitable property, as a result of any act or omission of a defendant --

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third party;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

ROBERT J. HIGDON, JR.
United States Attorney

BY: SEBASTIAN KIELMANOVICH
Assistant United States Attorney

2